UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
NGC NETWORK ASIA, LLC ('NGCA"),

                Petitioner,

Case No.: 07-cv-2855-pac

-against-

PAC PACIFIC GROUP INT'L,
INC. OF USA (PPGI")

                Respondent.
---------------------------------------------------------x
ARBITRATION IN THE MATTER OF:

PAC PACIFIC GROUP INT'L,
INC. OF USA ("PPGI"),

                Plaintiff,

-against-

NGC NETWORK ASIA, LLC
{"NGCA"),

                Defendant.
---------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

      Barbara A. Yarmus , being duly sworn, deposes and says, that deponent is not a party to this action, is over 18 years of age and resides at Lake Grove, NY;

      That on the 10th  day of April, 2007, deponent served **NOTICE OF REMOVAL OF CIVIL ACTION and EXHIBITS THERETO, 3rd AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL, JUDGE'S INDIVIDUAL RULES, PROCEDURES FOR ELECTRONIC CASE FILING AND GUIDELINES FOR ELECTRONIC CASE FILING,** to the persons on the annexed list, via overnight mail, by depositing a copy of same in a post-paid wrapper, each addressed as shown below, in a specifically designated depository box under the exclusive care and custody of  the United Parcel Service within the State of New York,  which entities are the only entities entitled to service of the said document.

Matthew Solum, Esq.
Carl D. LeSueur, Esq.

Kirkland & Ellis LLP  
Citigroup Center  
153 E. 53rd Street  
New York, New York 10022  

                                          S/Barbara A. Yarmus  
                                          Barbara A. Yarmus  

Sworn to before me this  
10th day of April, 2007  


s/Avrum J. Rosen  
AVRUM J. ROSEN  
Notary Public, State of New York  
No. 02RO4872542  
Qual. in Suffolk County  
Comm. Exp. Sept. 8, 2010