Crotty, J

04/16/2007 18:38 FAX  212 4464900      KIRKLAND & ELLIS LLP      @002/002
P.02

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NGC NETWORK ASIA, LLC,

   Plaintiff,

vs.

PAC PACIFIC GROUP INT'L, INC. OF USA,

   Defendant.

CASE NO. 1:07-CV-2855 (PAC)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 18 2007

## STIPULATION AND PROPOSED ORDER

It is hereby stipulated and agreed that Defendant may have up to and including June 15, 2007 within which to answer the petition or to file such other pleadings, motions or objections as Defendant may, by its counsel, be advised.

It is further stipulated and agreed that Plaintiff may have up to and include June 30, 2007 to move to remand this matter.

Dated: April 14, 2007
New York, New York

Matthew Solum (MS 1616)
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022
Counsel for NGC Network Asia, LLC

Dated: April 14, 2007
New York, New York

John F. L. Hebb
Law Offices of John F.L. Hebb
Law Offices of Robert H. Powner
Law Offices of Avrum J. Rosen
Counsel for PAC Pacific Group Int'l, Inc. of USA

SO ORDERED:

APR 18 2007

By: _____
UNITED STATES DISTRICT JUDGE