Matthew Solum
Carl D. LeSueur
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York  10022-4611
Telephone:    (212) 446-4800
Facsimile:     (212) 446-4900

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NGC Network Asia LLC,<br><br>    Plaintiff,<br><br>- against -<br><br>PAC Pacific Group Int'l Inc. of USA<br><br>    Defendant. | Case No.:    07 CV 2855 (PAC)<br><br>**APPEARANCE**<br>ECF CASE |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Plaintiff NGC Network Asia, LLC.

I certify that I am admitted to practice in this court.

Dated: June 15, 2007

                s/Matthew Solum

Matthew Solum
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York  10022-4611
Telephone:    (212) 446-4800
Facsimile:     (212) 446-4900

*Attorneys for Petitioner*