PROOF OF SERVICE

(CCP 1013a, 2015.5, et al.)

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am a resident of/employed in the aforesaid county, State of California; I am over the age of eighteen years and not a party to the within action; my business address is: 1541 Ocean Avenue, Ste. 200, Santa Monica, CA 90401-2100.

On the below date, I served the foregoing

**1. RESPONSE TO PETITION TO STAY ARBITRATION; 2. CROSS-PETITION TO COMPEL ARBITRATION; 3. REQUEST FOR THRESHOLD HEARING UNDER FEDERAL ARBITRATION ACT**

on the interested parties in this action by (unless otherwise specified below) placing a true copy thereof in a sealed envelope with postage thereon fully prepaid, in the United States mail in Los Angeles County, California, addressed as follows:

VIA EMAIL

Matthew Solum
Carl D. LeSueur
KIRKLAND & ELLIS LLP
Citigroup Center, 153 East 53rd Street
New York, New York 10022-4675
212-446-6460
212-446-4781
212-446-4800 pbx
Facsimile: 212-446-4900
*msolum@kirkland.com, clesuer@kirkland.com, apaul@kirkland.com*

Attorneys for Petitioner [Defendant in Arbitration] NGC NETWORK ASIA, LLC ["NGCA"]

I declare, under penalty of perjury under the laws of the State of New York and California, that the foregoing is true and correct.

6/15/07
Date                                                             Signature of Declarant

**PROOF OF SERVICE**

1