UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| NGC NETWORK ASIA, LLC,<br><br>Petitioner,<br><br>vs.<br><br>PAC PACIFIC GROUP INTERNATIONAL, INC. OF USA,<br><br>Respondent. | :<br>:<br>:<br>:<br>:  Index No. 07-CV-2855 (PAC) (AKT)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**DISCLOSURE STATEMENT OF NGC NETWORK ASIA, LLC**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Petitioner NGC Network Asia, LLC hereby identifies the following parent corporations or publicly-held companies that own 10% or more of its stock:

News Corporation

NGT, Inc.

NGC Network International LLC

Dated: June 25, 2007

/s/Matthew Solum
Matthew Solum
Carl LeSueur
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022 4611
Telephone:   (212) 446 4800
Facsimile:    (212) 446 6460

*Counsel for NGC Network Asia, LLC*