UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| NGC NETWORK ASIA, LLC, | : | |
| | : | |
| | : | Index No. 07-CV-2855 (PAC) |
| Petitioner, | : | |
| vs. | : | |
| | : | |
| PAC PACIFIC GROUP INTERNATIONAL, INC. OF USA, | : | **SUPPLEMENTAL DECLARATION OF CARL D. LESUEUR** |
| | : | |
| Respondent. | : | |

      CARL D. LESUEUR declares under penalty of perjury, and pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1.     I am an associate at Kirkland & Ellis LLP ("K&E"), counsel for NGC Network Asia, LLC ("National Geographic"), and am fully familiar with the matters set forth herein.

2.     A true and correct copy of electronic mail correspondence from Marlon Ovalles, Courtroom Deputy, to John Hebb, Robert Powsner, Carl LeSueur and Matthew Solum, dated June 14, 2007, is attached as Exhibit A hereto.

3.     A true and correct copy of correspondence from counsel for National Geographic to the International Centre for Dispute Resolution dated April 2, 2007, enclosing National Geographic's Answer to PPGI's claims is attached as Exhibit B hereto.

2

4.     A true and correct copy of electronic mail correspondence between Carmen Gia at the International Centre for Dispute Resolution and counsel for National Geographic and for PPGI, dated May 16, 2007, is attached as Exhibit C hereto.


Dated:  New York, New York
        June 25, 2007

                                                     /s/Carl D. LeSueur

Case 1:07-cv-02855-PAC     Document 12     Filed 06/25/2007     Page 2 of 2