# EXHIBIT A



| | |
|---|---|
| Marlon_Ovalles@nysd.uscourts.gov<br>06/14/2007 08:45 AM | To JOHNFLHEBB@aol.com, clesueur@kirkland.com, JOHNFLHEBB@aol.com, msolum@kirkland.com, Powsner@aol.com<br>cc<br>bcc<br>Subject NGC Network Asia v PAC Pacific: REQUEST FOR EXTENSION |

Good Morning,

    The attached application does not have a signature. Before submitting anything else in the future, please revisit, read and FULLY familiarize yourselves the ECF rules of this Court and Judge Crotty's Individual Practices. I will not respond to any future emails with respect to this case. Any further communication shall be faxed directly to Judge Crotty to the fax number below. DO NOT RESPOND TO THIS EMAIL.

Marlon Ovalles
Courtroom Deputy to the Hon. Paul A. Crotty, U.S.D.J
United States District Court
Southern District of New York
500 Pearl Street
Chambers 735
Courtroom 20 C
New York, NY 10007
T - 212-805-6312
F - 212-805 -6304
E-Mail - Marlon_Ovalles@nysd.uscourts.gov

| | |
|---|---|
| JOHNFLHEBB@aol.com<br>06/13/2007 10:46 PM | To Marlon_Ovalles@nysd.uscourts.gov<br>cc clesueur@kirkland.com, msolum@kirkland.com, Powsner@aol.com, JOHNFLHEBB@aol.com<br>Subject >Ct/mo Re: NGC Network Asia v PAC Pacific: REQUEST FOR EXTENSION |

*via email to:*

Marlon Ovalles

Courtroom Deputy to the Hon. Paul A. Crotty, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
Chambers 735
Courtroom 20 C
New York, NY 10007
T - 212-805-6312
F - 212-805 -6304
E-Mail - Marlon_Ovalles@nysd.uscourts.gov


Mr. Ovalles --

Attached please find respondent PPGI's request for extension [Exhibit "A" thereto also attacahed].

Thank you

John F.L. Hebb, Esq.
LAW OFFICES OF JOHN F.L. HEBB
1541 Ocean Avenue, Second Floor
Santa Monica, California 90401-2100

TEL 310/393-3077
JOHNFLHEBB@aol.com

cc: Carl LeSueur, Matt Solum, Counsel for NGCA

*This E-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§2510-2521 and is legally privileged. This information is confidential information and is intended only for the use of the recipient individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.*


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

See what's free at http://www.aol.com.     request for ext'n 6.13.07, 6.15.07 response due date.doc

 EXH 'A', 6.13.07 to Ct-mo, Re NGCA v PAC Pacific calendaring and related situations.doc