# EXHIBIT C



"Carmen Gia"
<Giac@adr.org>
06/06/2007 11:12 AM

To   "Carl LeSueur" <clesueur@kirkland.com>
cc   "Matthew Solum" <msolum@kirkland.com>, <Powsner@aol.com>, <JOHNFLHEBB@aol.com>, "Adam Paul" <APaul@kirkland.com>
bcc
Subject   RE: PPGI v. NGC Network Asia, No. 50 181 T 00079 07

Dear Counsel,

Your information is duly noted.

Best regards,

*Carmen Gia*
*International Case Manager*
*International Centre for Dispute Resolution*
*A Division of the American Arbitration Association*
*1633 Broadway, 10th Fl., New York, NY 10019*
*Phone: +01 212.484.4151*
*Fax: +01 212.246.7274*
*Email: GiaC@adr.org*
<http://www.icdr.org/>

> -----Original Message-----
> **From:** Carl LeSueur [mailto:clesueur@kirkland.com]
> **Sent:** Monday, June 04, 2007 12:06 PM
> **To:** Carmen Gia
> **Cc:** Matthew Solum; Powsner@aol.com; JOHNFLHEBB@aol.com; Adam Paul
> **Subject:** PPGI v. NGC Network Asia, No. 50 181 T 00079 07
>
> Ms. Gia:
>
> We write to you on behalf of National Geographic and to update you on the current status of settlement negotiations. While the parties continue to negotiate for settlement, the parties' settlement discussions likely will not result in a settlement in the near term. Therefore, National Geographic has decided to move forward on its pending motion to stay arbitration and dismiss PPGI's claims.
>
> With regards to the arbitration proceedings, as set forth in National Geographic's motion to stay and dismiss PPGI's claims, National Geographic continues to maintain that the arbitration of these claims is improper for a variety of reasons. Without waiving its position, however, National Geographic has discussed with PPGI the possibility of finding a mutually agreeable arbitrator, should the court rule against National Geographic's petition to stay the arbitration.
>
> Based upon the foregoing, National Geographic respectfully submits that the AAA's selection of an arbitrator should await the outcome of the petition to stay the arbitration and the parties' efforts to mutually agree upon an arbitrator. We are happy to discuss via conference call should you desire.

Carl D. LeSueur | Kirkland & Ellis LLP
Citigroup Center | 153 East 53rd Street | New York, NY 10022
212-446-4781 Direct | 212-446-4900 Fax | clesueur@kirkland.com
************************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
************************************************************