# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

Citigroup Center
153 East 53rd Street
New York, New York 10022-4611

212 446-4800

www.kirkland.com

Carl LeSueur
To Call Writer Directly:
212-446-4781
clesueur@kirkland.com

212 446-4900

Dir. Fax: 212 446-4900



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/29/07

June 25, 2007

**By Hand**
Hon. Paul A. Crotty
United States District Court for the Southern
District of New York
500 Pearl Street, Room 735
New York, New York 10007
CrottyNYSDChambers@nysd.uscourts.gov



Re: *NGC Network Asia, LLC ("National Geographic") v. Pac Pacific Group Int'l, Inc. ("PPGI"), No. 07 Civ. 02855 (PAC)*

Judge Crotty

I am writing on behalf of NGC Network Asia, LLC to request a hearing and oral argument on the Petition to Stay Arbitration. Additionally, and in accordance with the individual practices of this Court, please find enclosed two courtesy copies of (1) the Order to Show Cause, NGC Network Asia, LLC's Petition to Stay Arbitration, the Affirmation of Carl D. LeSueur in support of the Petition, and a Supporting Memorandum of Law; (2) PPGI's Response to Petition to Stay Arbitration, Cross-Petition to Compel Arbitration, and Request for Threshhold Hearing Under the Federal Arbitration Act; and (3) NGC Network Asia, LLC's Reply Memorandum of Law in Further Support of Petitioner's Motion to Dismiss the Respondent's Untimely Claims, Supplemental Declaration of Carl D. LeSueur, and Rule 7.1 Disclosure.

Sincerely,

Carl D. LeSueur

*June 29, 2007*
**Application GRANTED** and
**SO Ordered**
/s/ Paul Crotty
USDJ
Hearing will take place on
July 18, 2007 at 10AM

CDL

cc: Robert Powsner, Esq. (by electronic mail)
John F. L. Hebb, Esq. (by electronic mail)
Fred S. Kantrow, Esq. (by electronic mail and Federal Express)

Chicago   London   Los Angeles   Munich   San Francisco   Washington, D.C.