UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
NGC NETWORK ASIA, LLC ('NGCA'),

                                             Case No.: 07-cv-2855

        Petitioner,

  -against-

PAC PACIFIC GROUP INT'L,
INC. OF USA (PPGI")

        Respondent.
--------------------------------------------------------x

## AFFIDAVIT OF SERVICE

      Barbara A. Yarmus , being duly sworn, deposes and says, that deponent is not a party to this action, is over 18 years of age and resides at Lake Grove, NY;

      That on the 11th day of July, 2007, deponent served **MEMORANDUM OF LAW IN OPPOSITION,** to the persons on the annexed list, by regular mail, by depositing a copy of same in a post-paid wrapper, each addressed as shown below, in a specifically designated depository box under the exclusive care and custody of the United States Postal Service within the State of New York, which entities are the only entities entitled to service of the said document.

Matthew Solum, Esq.
Carl D. LeSueur, Esq.
Kirkland & Ellis LLP
Citigroup Center
153 E. 53rd Street
New York, New York                     S/Barbara A. Yarmus
                                                      Barbara A. Yarmus

Sworn to before me this
11th day of July, 2007

s/Avrum J. Rosen
AVRUM J. ROSEN
Notary Public, State of New York
No. 02RO4872542
Qual. in Suffolk County
Comm. Exp. Sept. 8, 2010

Pac/aos.7.11.07