## LAW OFFICES OF JOHN F.L. HEBB
1541 OCEAN AVENUE, SUITE 200
SANTA MONICA, CA 90401
310/455-0840   *JOHNFLHEBB@aol.com*

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 1 6 2007
```

<u>via FAX, 2 pgs.</u>

Hon. Paul A. Crotty, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
Chambers 735
Courtroom 20-C
New York, NY 10007
Telephone: (212) 805-6312 Fax: (212) 805-6304
CrottyNYSDChambers@nysd.uscourts.gov
Courtroom Deputy E-mail: Marlon_Ovalles@nysd.uscourts.gov

7/13/07

July 16, 2007
Application **GRANTED**
SO Ordered

*[signature]*
USDJ.

Re: <u>NGC Network Asia, LLC ["NGCA"] v Pac Pacific Group Int'l ["PPGI"]
07 Civ. 02855 (PAC); AAA Arbitration, PPGI v NGCA, 50 181 T 00079 07</u>

Judge Crotty,

Thank you for your consideration of recent correspondence from both counsel in this matter.

In response to the hearing adjournment portion of your Memo Endorsed Letter just posted on ECF after its being emailed to counsel today by your Courtroom Deputy Marlon Ovalles, counsel have conferred and all have indicated <u>**Tuesday July 31, 2007 at 10am**</u> is available for the hearing in this matter.

Respectfully submitted,

*[signature]*
John F.L. Hebb, Esq.

JFLH/se

cc:  Matt Solum, Esq. and Carl LeSueur, Esq. [via FAX]
     Robert Powsner, Esq. and Fred Kantrow, Esq., PPGI co-counsel [via fax/email]

**MEMO ENDORSED**

| | |
|---|---|
| Subj: | NGC Network Asia v PAC Pacific 07 Civ 2855 (PAC) |
| Date: | 7/13/2007 11:26:17 AM Pacific Daylight Time |
| From: | Marlon_Ovalles@nysd.uscourts.gov |
| To: | clesueur@kirkland.com, fkantrow@avrumrosenlaw.com, JOHNFLHEBB@aol.com, msolum@kirkland.com, Powsner@aol.com |
| File: | 07cv02855-07-13-2007-EndorsedLetter.pdf (202278 bytes) DL Time (TCP/IP): < 1 minute |

Sent from the Internet (Details)

COPY

Good Afternoon,

Please see the attached PDF which will be posted on ECF shortly. Secondly, the Pro Hac Vice application, together with a 25.00 check dated June 18, 2007, with respect to Mr. Hebb, was sent to the Clerk's Office for processing. For future references, Pro Hac Vice applications should be sent to the Clerk Of Court (http://www1.nysd.uscourts.gov/pro_hac.php). Judge Crotty will grant the motion once the $25.00 check is processed by the Clerk of Court, and the papers are deemed complete and timely. Thank you.

**Other Orders/Judgments**

1:07-cv-02855-PAC NGC Network Asia, LLC v. PAC Pacific Group Int'l, Inc. of USA
ECF

**Docket Text: Final Text**

**ENDORSED LETTER** addressed to Judge Crotty from John F.L. Hebb dated 07/11/2007 re: Request to adjourn the 07/18/07 Hearing. ENDORSEMENT: The Courts endorsement of June 29, 2007 clearly indicated a hearing was to take place on July 18, 2007, and said nothing about a status conference. The Court does not understand the basis for counsels confusion and misunderstanding. Nevertheless the Court is willing to consider a short adjournment from July 18 to any time during the weeks of July 23 or July 30, if the parties can agree. If the parties wish to supplement the papers already on file they may do so, but no more than 10 pages. So Ordered. (Signed by Judge Paul A. Crotty on 07/13/2007) (mov)

Marlon Ovalles
Courtroom Deputy to the Hon. Paul A. Crotty, U.S.D.J
United States District Court
Southern District of New York
500 Pearl Street
Chambers 735
Courtroom 20 C
New York, NY 10007
T - 212-805-6312
F - 212-805-6304
E-Mail - Marlon_Ovalles@nysd.uscourts.gov

Friday, July 13, 2007 America Online: JOHNFLHEBB