UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
NGC NETWORK ASIA, LLC ["NGCA"],

                             Petitioner,          Case No. 07-cv-2855-jc

    -against-

PAC PACIFIC GROUP INT'L, INC.
OF USA ["PPG"],

                            Respondent.
----------------------------------------------------------X

## MOTION TO ADMIT COUNSEL PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local rules of the United States District Court for the Southern and Eastern Districts of New York, I, Fred S. Kantrow, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of John F. L. Hebb, the Law Offices of John F.L. Hebb, 1541 Ocean Avenue, Suite 200, Santa Monica, California 90401-2100, phone 310 393 3077.

John F. L. Hebb, the applicant herein is a member in good standing of the Bar of the State of California.

There are no pending disciplinary proceedings against John F. L. Hebb in any State or Federal Court.

Dated: Huntington, New York
       June 29, 2007

>                              Respectfully submitted,
>
>                              _____
>                              Fred S. Kantrow (FK3499)
>                              The Law Offices of Avrum J. Rosen
>                              38 New Street
>                              Huntington, New York 11743
>                              631 423 8527
>                              fkantrow@avrumrosenlaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
NGC NETWORK ASIA, LLC ["NGCA"],

                       Petitioner,

         -against-

PAC PACIFIC GROUP INT'L, INC.
OF USA ["PPG"],

                       Respondent.
----------------------------------------------------------X

Case No. 07-cv-2855-jc

**AFFIDAVIT OF FRED S. KANTROW IN SUPPORT**
**OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

STATE OF NEW YORK    )
                            )ss.:
COUNTY OF SUFFOLK   )

Fred S. Kantrow, being duly sworn, hereby deposes and says as follows:

1. I am an associate of the Law Offices of Avrum J. Rosen, of counsel for the Respondent in the above captioned action. I am familiar with the proceedings in this case. I make this statement on my personal knowledge of the facts set forth herein and in support of Respondent's motion to admit John F. L. Hebb as counsel pro hac vice to represent Respondent in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in February, 2004. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have know John F. L. Hebb in connection with this case since March, 2007.

4. Mr. Hebb is a member of the Law Offices of John F. L. Hebb, in Santa Monica, California.

5. I have found Mr. Hebb to be a skilled attorney and a person of integrity. He is experienced in Federal practice, and is familiar with the Federal Rules of Civil Procedure.

6. Accordingly, I am pleased to move the admission of John F. L. Hebb, pro hac vice.

7. I respectfully submit a proposed order granting the admission of John F. L. Hebb, pro hac vice, which is annexed hereto as Exhibit "A".

WHEREFORE, it is respectfully requested that this motion to admit John F. L. Hebb, pro hac vice, to represent Respondent in the above captioned matter, be granted.

Dated: Huntington, New York
       June 29, 2007

Respectfully submitted,

_____
Fred S. Kantrow (FK3499)

Sworn to before me on this
29th day of June, 2007

_____
Notary Public

DEBORAH DOBBIN
Notary Public, State of New York
No. 02DO5056227
Qualified in Nassau County
Commission Expires March 04, 2010

**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

June 18, 2007

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JOHN F. HEBB, #108391 was admitted to the practice of law in this state by the Supreme Court of California on June 3, 1983; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

NGC NETWORK ASIA, LLC ('NGCA'),

                Petitioner,

   -against-

PAC PACIFIC GROUP INT'L,
INC. OF USA (PPGI")

                Respondent.
------------------------------------------------------x

Case No.: 07-cv-2855

## AFFIDAVIT OF SERVICE

    Barbara A. Yarmus, being duly sworn, deposes and says, that deponent is not a party to this action, is over 18 years of age and resides at Lake Grove, NY;

    That on the 10th day of July, 2007, deponent served **Motion to Admit Counsel Pro Hac Vice, Affidavit of Fred S. Kantrow in Support of Motion, Certificate of Good Standing and Proposed Order,** to the persons on the annexed list, by regular mail, by depositing a copy of same in a post-paid wrapper, each addressed as shown below, in a specifically designated depository box under the exclusive care and custody of the United States Postal Service within the State of New York, which entities are the only entities entitled to service of the said document.

Matthew Solum, Esq.
Carl D. LeSueur, Esq.
Kirkland & Ellis LLP
Citigroup Center
153 E. 53rd Street
New York, New York

Sworn to before me this
10th day of July, 2007

_____

                                    _____
                                    Barbara A. Yarmus

                                    Fred Steven Kantrow, esq.
                                    Notary Public New York
                                    Qualified In Suffolk County
                                    No. 02KA6108402
                                    Comm. Exp. 4/19/2008

Pac/aos.7.10.07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NGC NETWORK ASIA, LLC ["NGCA"],

                               Petitioner,          Case No. 07-cv-2855-jc

   -against-

PAC PACIFIC GROUP INT'L, INC.
OF USA ["PPG"],

                              Respondent.
------------------------------------------------------------X

**ORDER FOR ADMISSION PRO HAC VICE
UPON WRITTEN MOTION**

UPON the motion of Fred S. Kantrow, attorney for PAC PACIFIC GROUP INT'L, INC., the respondent in this matter, and said sponsor attorney's affidavit in support

**IT IS HEREBY ORDERED THAT:**

John F. L. Hebb, of the Law Offices of John F. L. Hebb, 1541 Ocean Avenue, Suite 200, Santa Monica, California 90401-2100, telephone 310 393-3077, email johnflhebb@aol.com, is admitted to practice pro hac vice as counsel for the Respondent in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall

forward the pro hac vice fee to the Clerk of the Court.

Dated: New York, New York
      July ___, 2007

                                                              _____
                                                              United States District/Magistrate Judge