JOHN F. L. HEBB  (SBN 108391)
LAW OFFICES OF JOHN F. L. HEBB
1541 Ocean Avenue, Suite 200
Santa Monica, CA  90401
TEL:  310/393-3077
FAX:  310/496-0456
*JOHNFLHEBB@aol.com*

ROBERT H. POWSNER  (SBN 24386)
LAW OFFICES OF ROBERT H. POWSNER
11315 Shoreline Street, Suite C, P.O. Box 1327
Point Reyes Station, CA 94956
TEL:  415/663-1035
FAX:  415/663-1450
*Powsner@aol.com*

AVRUM  J. ROSEN   (AJR4016)
FRED S. KANTROW   (FK3499)
LAW OFFICES OF AVRUM J. ROSEN
38 New Street
Huntington, New York 11743-3327
Tel: 631-423-8527
Fax: 631-423-4536
*FKantrow@AvrumRosenLaw.com*

Attorneys for Respondent/
Cross-Petitioner
[Plaintiff in Arbitration]
PAC PACIFIC GROUP INT'L,
INC. OF USA ("PPGI")

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **NGC NETWORK ASIA, LLC ["NGCA"],**<br><br>Petitioner,<br><br>vs.<br><br>**PAC PACIFIC GROUP INT'L, INC. OF USA ["PPGI"],**<br><br>**Respondent.** | USDC **1:07-CV-2855_____**<br><br>**On Removal from NY Supreme Ct. No. 600912/07 [Amer. Arb'n Assn.  No. 50 181 T 00079 07]**<br><br>**AFFIRMATION/AFFIDAVIT OF JOHN F.L. HEBB AS TO DOCUMENTS SUBMITTED IN THIS MATTER** |

AFFIRMATION/AFFIDAVIT OF JOHN F.L. HEBB AS TO DOCUMENTS SUBMITTED

0

========================

**AMERICAN ARBITRATION ASSOCIATION**

***ARBITRATION IN THE MATTER OF*:**

**PAC PACIFIC GROUP INT'L, INC. OF USA ["PPGI"],**

   **Plaintiff**

**vs.**

**NGC NETWORK ASIA, LLC ["NGCA"],**

   **Defendant**

JOHN F.L. HEBB, an attorney admitted to practice in the federal and state courts of California, and pro hac vice applicant in this court, affirms under penalty of perjury as follows:

**1.** I am one of the attorneys for Respondent/Cross-Petitioner PAC PACIFIC GROUP INT'L, INC. OF USA [Petitioner in Arbitration] in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Respondent's opposition and cross-petition in this matter.

**2.** In documents already on file in this case [at page 3, lines 5 – 16 of PPGI's

**AFFIRMATION/AFFIDAVIT OF JOHN F.L. HEBB AS TO DOCUMENTS SUBMITTED**

1

LAW OFIFICES OF JOHN F.L. HEBB
1541 OCEAN AVENUE, 2ND FLOOR
SANTA MONICA, CALIFORNIA 90401
310/393-3077

"PLAINTIFF'S NOTICE OF INTENT TO ARBITRATE/ AMENDED CLAIM [AMENDMENT OF CLAIM IN PLAINTIFF'S INITIAL NOTICE OF INTENT TO ARBITRATE SERVED ON DEFENDANT 10/4/03]", at Exhibit C to the Affirmation of Carl LeSueur accompanying NGCA's pleadings in New York State Court, and transferred on removal to this Court], it is stated:

"Plaintiff PPGI previously served its NOTICE OF INTENT TO ARBITRATE on defendant on 10/4/03, pursuant to section 19 of the parties' Agreement by faxing same to:

NGC Network Asia, LLC, to Ward L Platt
Managing Director
One Harbourfront, 8th Floor
18 Tak Fung Street
Hunghom, Kowloon
Hong Kong SAR
Facsimile transmission number: 852 2621 8826 and 8822

With a copy to Geng Wei-min
Director - Distribution China
1301, North Tower
Beijing Kerry Centre
1 Guanghua Road, Chaoyang District
Beijing 100020 China
Facsimile transmission number: 86 10 8529 8462.

NGCA responded in writing to said 10/4/03 Notice only by its in-house counsel, disputing plaintiff's claim but declining to participate in any arbitration. Thereafter, several years ensued in which various successive in-house counsels of defendant, now no longer employed by defendant, pleaded the need for more time because of maternity leave, vacations, desire for more

**AFFIRMATION/AFFIDAVIT OF JOHN F.L. HEBB AS TO DOCUMENTS SUBMITTED**

2

data; and to this date by and through the fourth in-house counsel, have refused and still refuse to enter into arbitration."

To further the record in this matter, I state separately here that the facts stated in the foregoing quote are correct, and that I personally sent the 10/4/03 notice in exact conformance with the parties' agreement [namely section 19 of the Memorandum of Understanding also already on file in this matter].

**3.** Further, while (1) I will bring to the 7/31/07 scheduled hearing in this matter the underlying documents or copies thereof, and will be prepared to affirm their authenticity under oath if needed, and (2) I do not see any dispute in the pleadings that NGCA failed, neglected or refused to arbitrate, until its 2007 only partial and conditional participation, I here attach a true and correct copy of the relevant 10/13/03 NGCA faxed response of its counsel Emma Moloney to PPGI's 10/4/03 Notice, whereby it at that date failed, neglected or refused to arbitrate (culminating in item 3 of the fax) and did so without specifying any procedural objection that PPGI could and would have addressed had one been raised.

Respectfully submitted,

DATED: 7/26/07

                              By: <u>S/ John L. Hebb</u>
                              JOHN F.L. HEBB, Esq.
                              Attorney for Respondent/Cross-Petitioner [Plaintiff in Arbitration] PAC PACIFIC GROUP INT'L, INC. OF USA ("PPGI")

**AFFIRMATION/AFFIDAVIT OF JOHN F.L. HEBB AS TO DOCUMENTS SUBMITTED**