USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/31/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
NGC NETWORK ASIA, LLC,

                Petitioner,

-against-

PAC PACIFIC GROUP INT'L,
                Respondent.
-------------------------------------------------------------X

07 CIVIL 2855 (PAC)

**JUDGMENT**

      Petitioner having moved to stay arbitration; respondent having moved to compel arbitration, and the matter having been brought before the Honorable Paul A. Crotty, United States District Judge, and the Court, on July 31, 2007, having issued its Order denying both the Petition to Stay and the Petition to Compel Arbitration, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 31, 2007, both the Petition to Stay and the Petition to Compel Arbitration are denied; accordingly, the case is closed.

**Dated:** New York, New York
         July 31, 2007

                                    **J. MICHAEL MCMAHON**
                                        Clerk of Court
                BY:
                                        **Deputy Clerk**

                                  THIS DOCUMENT WAS ENTERED
                                  ON THE DOCKET ON _____