UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

NGC NETWORK ASIA, LLC ["NGCA"],

                        Petitioner,

   -against-

PAC PACIFIC GROUP INT'L, INC.
OF USA ["PPG"],

                        Respondent.
------------------------------------------------------X

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 2 0 2007
```

Case No. 07-cv-2855-JG (PAC)

## ORDER FOR ADMISSION PRO HAC VICE
## UPON WRITTEN MOTION

UPON the motion of Fred S. Kantrow, attorney for PAC PACIFIC GROUP INT'L, INC., the respondent in this matter, and said sponsor attorney's affidavit in support

**IT IS HEREBY ORDERED THAT:**

Robert H. Powsner, of the Law Offices of Robert H. Powsner, 11315 Shoreline Street, Suite C, Point Reyes, California 94956, telephone 415 663-1035, email powsner@aol.com, is admitted to practice pro hac vice as counsel for the Respondent in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall

forward the pro hac vice fee to the Clerk of the Court.

Dated: New York, New York
~~July~~ August 20, 2007

_____
United States District/Magistrate Judge